UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL KELLEY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01536-JMS-DKL |
| ) | |
| NANCY BERRYHILL, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| *Defendant*. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the Court's Entry issued this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the decision of the Administrative Law Judge, and **REMANDS** this matter for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

Date: March 27, 2017

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1